## EL PUEBLO *v.* HADDOCK.

APELACIÓN procedente de la Corte de Distrito de Guayama.

No. 59.—Resuelto en febrero 13, 1907.

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANI-
FIESTOS.—No existiendo pliego de excepciones, ni relación de hechos, y no
apareciendo que se haya cometido algún error que justifique la revocación de
la sentencia apelada, ésta debe ser confirmada.

Los hechos estan expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF emitió la opinión del tribunal.

La presente fué un proceso contra Jorge Haddock por el delito de perturbar la paz pública. Es evidente que el recurso fué interpuesto tan sólo para obtener una demora, y no compareció la defensa del apelante. No se ha presentado tampoco ni pliego de excepciones, ni alegato alguno.

Hemos examinado el récord, y no encontramos error de ningún clase; por lo que debemos confirmar la sentencia.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asodos, Hernández, MacLeary y Wolf.